# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET BISLA SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MERRICK GARLAND, et al.,<br><br>　　　　Respondents. | Case No. 1:23-cv-01043-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE RE: RESPONDENTS' MOTION TO STAY<br><br>(ECF No. 16) |

Petitioner Gurmeet Bisla Singh, represented by counsel, is an immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserts that his prolonged detention violates his Fifth and Eighth Amendment rights and moved for a temporary restraining order that secures his immediate release, or in the alternative, a bond hearing. (ECF No. 2.) On September 8, 2023, the Court granted Petitioner's motion for a temporary restraining order in part and ordered that within thirty days of the date of service of that order, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge. (ECF No. 14.)

On September 12, 2023, Respondents filed an answer to the petition. (ECF No. 15.) On September 15, 2023, Respondents filed a motion to stay the Court's September 8, 2023 order and expedite review of Respondents' response to the petition because "it would further judicial economy and efficiency as it would bring this case to a final determinative conclusion more

promptly and because denying [the motion to stay] may lead to this case becoming moot prior to consideration of the arguments raised in Respondents' Response to the Petition[.]" (ECF No. 16.)

The Court HEREBY ORDERS:

1. Petitioner shall file a response to Respondents' motion to stay (ECF No. 16) on or before September 25, 2023; and

2. Respondents may file a reply on or before September 28, 2023.

IT IS SO ORDERED.

Dated:   **September 19, 2023**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE